[No. 7,842.—Department One.]

## EVERETT PIERCE *v.* A. SCHADEN ET AL.

IMPEACHMENT OF WITNESS.—Where a question is put to a witness as to a matter collateral or irrelevant to the issue, his answer is conclusive upon the party asking the question, and it can not be used as a foundation for impeachment.

APPEAL by defendant Schaden from a judgment for the plaintiff, and from an order denying a new trial in the Superior Court of the County of Sacramento. DENSON, J.

*A. C. Freeman*, for Appellant.

*L. S. Taylor*, for Respondents.

The COURT:

The question put to the witness Schaden on cross-examination as to his conversation with Gardner, respecting the execution of a mortgage to secure the payment of the money due, related to a matter collateral to the issue before the Court, and, if permissible at all, the party was bound by the answer of the witness, and it could not be used as a foundation for impeachment. " It is a well-settled rule, that a witness can not be cross-examined as to any fact which is collateral and irrelevant to the issue, merely for the purpose of contradicting him by other evidence, if he should deny it, thereby to discredit his testimony." (1 Greenl. Ev., § 449.)

Judgment and order reversed, and cause remanded for a new trial.